UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

Case No.:     **CR -01-20138-RMW**

Date Filed:     **April 1, 2009**

DOCUMENT:

- Reporter's Transcript: _____
- Trial Exhibit(s): **Govt's Exhibits 1-15**
- Lodged Documents: _____
- Declaration: _____

- Other: _____

LOCATION:

- Expando Next to Case File   _____
- Overflow Shelf   _____
- Vault   _____
- Other:   _____
- Exhibit Room   **X**

Document No.: **131**